UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| DOUGLAS DUTTER, | Civil No. 3:09-CV-5481-FDB-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including February 12, 2010, to file Defendant's responsive brief;
- Plaintiff shall have up to and including February 26, 2010, to file an optional reply brief and
- Oral argument shall be requested by March 5, 2010.

DATED this 15th day of January 2010.

/s/ J. Richard Creatura

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:09-CV-5481-FDB-JRC]