UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOUGLAS DUTTER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant. | Civil No. 3:09-CV-5481-FDB<br><br><br>ORDER OF REMAND |

　　Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge (ALJ) will reevaluate all the medical and professional evidence of record and indicate the weight given to this evidence. The ALJ will update the medical evidence. The ALJ will consider whether Plaintiff's headaches are a severe impairment and determine the resulting limitations. The ALJ will reconsider Plaintiff's subjective allegations, taking into consideration the lay testimonies of record. The ALJ will re-evaluate Plaintiff's residual functional capacity. The ALJ will perform a new step four, and if

necessary, step five analysis. This remand will be limited to the period prior to December 1, 2008, and will not disturb the favorable portion of the ALJ's decision finding Plaintiff disabled as of December 1, 2008. Plaintiff may submit additional evidence and arguments to the ALJ on remand. The parties agree that reasonable attorney fees and expenses should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 11th day of February 2010.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Recommended for Entry:
this 11th day of February, 2010.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge