# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOUGLAS DUTTER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5481FDB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

That the above-captioned case be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of **2/11/10**. Plaintiff is entitled to reasonable attorneys fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.

| | |
|---|---|
|   February 12, 2010   |     BRUCE RIFKIN     |
| Date | Clerk |
| | |
| |    *s/CM Gonzalez*    |
| | Deputy Clerk |