# United States District Court
WESTERN DISTRICT OF WASHINGTON

DOUGLAS DUTTER

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C09-5481RBL

__    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's motion for an award of attorney's fees and costs [Dkt. #21] is **GRANTED**. Attorney's fees in the amount of $6,200.64 and costs in the amount of $365.08 are awarded to Plaintiff made payable to Plaintiff's attorney Sherri Allen.

| April 9, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk